POLK, PROBER & RAPHAEL, A LAW CORPORATION
DEAN R. PROBER, ESQUIRE, #106207
LEE S. RAPHAEL, ESQUIRE #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
C.094-5278

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA (LAS VEGAS)

In re                                                  Bk. No. 09-22361-bam
SPYROS D. KOUNTANIS
                                                       Chapter 13

    Debtor.                                            REQUEST FOR SPECIAL NOTICE
_____/

    IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant BAC Home Loans Servicing, LP, its assignees and/or successors in interest, is entitled to service or notice, also be sent to the agent for BAC Home Loans Servicing, LP, its assignees and/or successors in interest, addressed as follows:

                            POLK, PROBER & RAPHAEL, A LAW CORPORATION
                            20750 Ventura Boulevard, Suite 100
                            Woodland Hills, California 91364

Dated: July 31, 2009        By /s/ Dean R. Prober
                               DEAN R. PROBER, ESQ., CA BAR # 106207
                               As Agent for BAC Home Loans Servicing, LP

1

<u>PROOF OF SERVICE</u>

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, D'Ann Barton, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On, August 7, 2009, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at

Woodland Hills, California, addressed as follows:

Spyros D. Kountanis
2050 Warm Springs Rd. #4124
Henderson, NV 89014
Debtor

Randal R. Leonard, Esquire
500 S. Eighth Street
Las Vegas, NV 89101
Attorney for Debtor

Kathleen A. Leavitt
201 Las Vegas Blvd., SO #200
Las Vegas, NV 89101

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 7, 2009, at Woodland Hills, California.

/s/ <u>D'Ann Barton</u>

D'Ann Barton

2